IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE NELSON,

    Plaintiff,                                    No. CIV S-04-1103 DFL KJM PS

    vs.

PLACER COUNTY, et al.,

    Defendants.                                <u>ORDER</u>

         Presently calendared for hearing on July 20, 2005 are plaintiff's motion to strike defendants' initial disclosures, plaintiff's motion for leave to file a motion to strike defendants' answer, and plaintiff's motion to file a second amended complaint and to supplement plaintiff's initial disclosures.  As provided by Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument; the July 20th hearing is vacated.  An order resolving the merits of plaintiff's motions will issue shortly.

DATED:  July 12, 2005.

                                                          UNITED STATES MAGISTRATE JUDGE

006 nelson.vachrg

1