```
LAW OFFICES OF RICHARD L. CRABTREE
RICHARD L. CRABTREE, 148759
854 Manzanita Court, Suite 110
Chico, CA  95926
Telephone:  (530) 898-0228
Facsimile:   (530) 898-0877
```

Attorneys for Defendant ANTHJONY J. LABOUFF

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE NELSON, | Case No.: CIV.S 04-1103 DFL KJM |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| PLACER COUNTY; and the following persons, either individually and/or acting as employees of PLACER COUNTY, MIKE HARRIS, FRED YEAGER, KATHY WISTED, EVELYN CANIS, REX BLOOMFIELD, ANTHONY LABOUFF, DENNIS MEEH, JOSEPH MCINERNEY, RICHARD ARMSTRONG, and DOES 1 through 50, Inclusive. | |
| Defendants | |

Pursuant to Local Rule 83-182(g), Defendant, ANTHONY J. LABOUFF, in the above-entitled action, hereby substitutes Richard L. Crabtree, of the Law Office of Richard L. Crabtree as attorney of record in the place and stead of Dennis Keller of the Law Offices of Amara and Keller.  The contact information is as follows:

1  Richard L. Crabtree
   Law Offices of Richard L. Crabtree
2  854 Manzanita Court, Suite 110
3  Chico, CA  95926
   Telephone    :  (530) 898-0228
4  Facsimile:   (530) 898-0877

5

6  I consent to the above substitution.

7

8  Dated:  7/18/05                                                     /S/
9                                                              ANTHONY  J. LABOUFF

10

11  I consent to the above substitution.

12  Dated:  7/18/05                        LAW OFFICES OF AMARA & KELLER

13

14                                          By:                /S/

15                                              DENNIS KELLER
                                                Attorneys for Defendant Anthony J.
16                                              LaBouff

17
    I consent to the above substitution.
18
    Dated: 8/1/05                           LAW OFFICE OF RICHARD L. CRABTREE
19

20
                                            By:                /S/
21                                              RICHARD L. CRABTREE
                                                Attorney for Defendant Anthony J.
22                                              LaBouff

23  IT IS SO ORDERED.

24  DATED:  August 3, 2005.

25

26                                          _____

27                                          UNITED STATES MAGISTRATE JUDGE

28

2

Substitution of Attorney