1  PLACER COUNTY COUNSEL
2  Valerie D. Flood (SBN 126639)
   David K. Huskey (SBN 109329)
3  Jamie Edwards (SBN 228956)
   175 Fulweiler Avenue
4  Auburn, California  95603
   Telephone:  (530) 889-4044
5  Facsimile:   (530) 889-4069
6
7  Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY EMPLOYEES,
   MIKE HARRIS, FRED YEAGER, KATHY WISTED, EVELYN CANIS, REX
8  BLOOMFIELD, DENNIS MEEH, JOSEPH MCINERNEY, and RICHARD
   ARMSTRONG
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANNE NELSON, | Case No.: CIV.S 04-1103 DFL KJM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| PLACER COUNTY; and the following persons, either individually and/or acting as employees of PLACER COUNTY, MIKE HARRIS, FRED YEAGER, KATHY WISTED, EVELYN CANIS, REX BLOOMFIELD, ANTHONY LABOUFF, DENNIS MEEH, JOSEPH MCINERNEY, RICHARD ARMSTRONG, and DOES 1 through 50, Inclusive. | |
| Defendants | |

Pursuant to Local Rule 83-182(g), Defendants, COUNTY OF PLACER, PLACER COUNTY EMPLOYEES, MIKE HARRIS, FRED YEAGER, KATHY WISTED, EVELYN CANIS, REX BLOOMFIELD, DENNIS MEEH, JOSEPH MCINERNEY, and RICHARD ARMSTRONG, in the above-entitled action, hereby substitute Valerie D.

1
_____
Substitution of Attorney

1  Flood, David Huskey and Jamie Edwards of the PLACER COUNTY COUNSEL'S office
2  as attorneys of record in the place and stead of Dennis Keller of the Law Offices of
3  Amara and Keller.  The contact information is as follows:
4      PLACER COUNTY COUNSEL'S OFFICE
       Valerie D. Flood
5      David K. Huskey
6      Jamie Edwards
       175 Fulweiler Avenue
7      Auburn, CA  95603
       (530) 889-4044
8      (530) 889-4069
9
10     Signed consents to substitution attached.[1]
11
12
13     I consent to the above substitution.
14
15 Dated: _____, 2005                    _____
16                                                MIKE HARRIS
17
18
19     I consent to the above substitution.
20
21 Dated: _____, 2005                     _____
22                                                RICHARD ARMSTRONG
23
24
25
26 _____
27 [1] The court acknowledges receipt of the signed consents, filed on September 9, 2005.
28

2

Substitution of Attorney

1
2       I consent to the above substitution.
3
4  Dated: _____, 2005                    _____
5                                               REX BLOOMFIELD
6
7       I consent to the above substitution.
8
9  Dated: _____, 2005                    _____
10                                              FRED YEAGER
11
12      I consent to the above substitution.
13
14 Dated: _____, 2005                    _____
15                                              KATHY WISTED
16
17      I consent to the above substitution.
18
19 Dated: _____, 2005                    _____
20                                              EVELYN CANIS
21
22      I consent to the above substitution.
23
24 Dated: _____, 2005                    _____
25                                              DENNIS MEEH
26
27
28
                                      3
_____
                              Substitution of Attorney

I consent to the above substitution.

Dated: _____, 2005                    _____
                                              JOSEPH McINERNEY

I consent to the above substitution.

Dated: _____, 2005     LAW OFFICES OF AMARA & KELLER

                               By: _____
                                   DENNIS KELLER
                                   Attorneys for Defendants COUNTY OF
                                   PLACER, PLACER COUNTY
                                   EMPLOYEES, MIKE HARRIS, FRED
                                   YEAGER, KATHY WISTED, EVELYN
                                   CANIS, REX BLOOMFIELD, DENNIS
                                   MEEH, JOSEPH MCINERNEY, and
                                   RICHARD ARMSTRONG

I consent to the above substitution

Dated:   July ____, 2005       PLACER COUNTY COUNSEL'S OFFICE

                               By: _____
                                   VALERIE D. FLOOD

I consent to the above substitution

Dated: July \_\_\_\_, 2005                    PLACER COUNTY COUNSEL'S OFFICE


                                             By: _____
                                                   DAVID K. HUSKEY

I consent to the above substitution

Dated: July \_\_\_\_, 2005                    PLACER COUNTY COUNSEL'S OFFICE


                                             By: _____
                                                   JAMIE EDWARDS


                                             -- 0 --

IT IS SO ORDERED.


Dated: September 13, 2005.



                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

5

Substitution of Attorney