IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE NELSON,

      Plaintiff,                  No. CIV S-04-1103 DFL KJM PS

  vs.

PLACER COUNTY, et al.,

      Defendants.           <u>ORDER</u>

_____/

      The parties have jointly requested a continuance of the dates heretofore scheduled in this action. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Discovery, including the hearing of discovery motions, shall be completed by March 22, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

      2. Dispositive motions, other than discovery motions, shall be noticed to be heard by May 31, 2006.

      3. The pretrial conference is set for August 11, 2006 at 2:00 p.m. before the Honorable David F. Levi. Pretrial statements shall be filed in accordance with Local Rule 16-281.

/////

1

4. Trial of this matter is set for October 23, 2006 at 9:00 a.m. before the Honorable David F. Levi.  The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED:  September 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
nelson2.oas