IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE NELSON,

      Plaintiff,                    No. CIV S-04-1103 DFL KJM PS

    vs.

PLACER COUNTY, et al.,

      Defendants.            <u>ORDER</u>

          This action was referred to the undersigned based on Local Rule 72-302(c)(21). Currently calendared for hearing on January 18, 2006 is defendants' motion for summary judgment. Plaintiff has requested additional time to file further opposition and defense counsel has indicated he is unavailable on the date of the hearing. Good cause appearing, IT IS HEREBY ORDERED that:

          1. The hearing date of January 18, 2006 is vacated. Hearing on defendants' motion for summary judgment is continued to February 22, 2006 at 10:00 a.m. in courtroom no. 26.

/////

/////

/////

1

2. Plaintiff shall file further opposition, if any, to the motion for summary judgment no later than February 8, 2006.

DATED: January 12, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

006
nelson.con