IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE NELSON,

      Plaintiff,                    No. CIV S-04-1103 DFL KJM PS

    vs.

PLACER COUNTY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        This action was referred to the undersigned under Local Rule 72-302(c)(21). Pending before the court is the motion for summary judgment brought by defendants Armstrong, Bloomfield, McInerney and Meeh and joinder therein by defendant LaBouff. Upon review of the file and good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff has filed numerous pleadings since commencement of this action. Many of the pleadings are not pertinent to issues before the court, are duplicative, or not properly noticed for hearing. In addition, plaintiff has submitted documents relating to the pending motion for summary judgment in an untimely manner, which interferes with the orderly disposition of matters brought before the court. <u>See</u> Local Rule 78-230.

        The multiplicity of plaintiff's filings are a burden on both the court and defendants and impede the proper prosecution of this action. Plaintiff's future filings shall

1

therefore be limited.  Plaintiff may only file the following documents:

        a. Proofs of service regarding summons;

        b. One opposition to any motion filed by defendants (and clearly titled as such);

        c. Only one motion pending at any time.  Such motion must be properly noticed for hearing.  Plaintiff is limited to one memorandum of points and authorities in support of the motion and one reply to any opposition; and

        d. One set of objections to any findings and recommendations.

Failure to comply with this order shall result in improperly filed documents being stricken from the record and may result in a recommendation that this action be dismissed.

2. The motion for summary judgment stands submitted.  No further briefing on the pending motion will be considered by the court.

DATED: February 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
nelson.lim