1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DIANNE NELSON,

11          Plaintiff,                          No. CIV S-04-1103 DFL KJM PS

12       vs.

13   PLACER COUNTY, et al.,

14          Defendants.                         ORDER

15   _____/

16          Defendants' motions to compel production of documents came on regularly for

17   hearing March 22, 2006.  No appearance was made for plaintiff.[1]  Richard Crabtree appeared

18   telephonically for defendant LaBouff.  Jamie Edwards appeared telephonically for the remaining

19   defendants.  Upon review of the documents in support and opposition, upon hearing the

20   /////

21   /////

22

23          [1] Plaintiff had made a request for telephonic appearance.  The court's docket does not have
     a telephone number recorded for plaintiff.  At the time noticed for hearing, the deputy clerk initiated
24   a phone call to the number left by plaintiff as the number at which she could be reached for this
     hearing.  An answering machine received the phone call and contact could not be made with
25   plaintiff.  After the hearing, plaintiff called the chambers of the undersigned and advised the court
     the number at which she could be reached was a different number than that previously provided to
26   the deputy clerk.

1

1 arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS

2 AS FOLLOWS:

3       1.  Defense counsel has been advised by plaintiff that she has additional

4 documents to produce in addition to those she previously has provided.  Within fourteen days

5 from the date of this order, plaintiff shall provide, for copying and inspection, documents

6 responsive to defendants' requests for production of documents.  Plaintiff is cautioned that any

7 documents not produced within this time period may be subject to exclusion at trial.

8       2.  The Clerk of Court is directed to serve a copy of this order on plaintiff via

9 facsimile at (907) 262-6877.[2]

10       3.  Any future requests for telephonic appearance by plaintiff shall be made in

11 writing, at least one week in advance of the hearing, and shall provide the contact number and the

12 reason requested for telephonic appearance.

13 DATED:  March 22, 2006.

14

15

16                               UNITED STATES MAGISTRATE JUDGE

17

18

19 006
nelson.oah

20

21

22

23

24

25

---

26    [2]  The court is advised that plaintiff must first be called at this number so that her facsimile machine can be initiated; the number can then be used to fax the order to plaintiff.

2