IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE NELSON,

    Plaintiff,　　　　　　　　　　　　No. CIV S-04-1103 DFL KJM PS

    vs.

PLACER COUNTY, et al.,

    Defendants.　　　　　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On April 4, 2006, the magistrate judge filed findings and recommendations herein which were served on the parities and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1	Accordingly, IT IS HEREBY ORDERED that:

2	1. The findings and recommendations filed April 4, 2006, are adopted in full; and

3	2. Summary judgment is granted in favor of defendants Armstrong, Bloomfield, LaBouff, McInerney and Meeh.

DATED: 6/12/2006

_____
DAVID F. LEVI
United States District Judge

2