IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE NELSON,

     Plaintiff,                     No. CIV S-04-1103 DFL KJM PS

     vs.

PLACER COUNTY, et al.,

     Defendants.                <u>ORDER</u>

_____/

     On March 13 and March 22, 2006, the Magistrate Judge issued orders denying plaintiff's request for appointment of counsel and granting defendants' motion to compel . On March 30, 2006, plaintiff filed a request for reconsideration of those orders.  In addition, on April 4, 2006, the Magistrate Judge issued an order granting summary judgment in favor of defendants Armstrong, Bloomfield, McInerney, Meeh, and LaBouff.  On April 21, 2006, plaintiff filed a request for reconsideration of that order as well.

     Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b).  Plaintiff's request for reconsideration of the magistrate judge's order of March 13, 2006 is therefore untimely.  As to the other two orders, under E.D. Local Rule 72-303(f), a magistrate judge's orders shall be

upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 13, 2006, March 22, 2006, and April 4, 2006 requests for reconsideration are denied.

Dated: 6/12/2006

_____
DAVID F. LEVI
United States District Judge

2