1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DIANNE NELSON,

11          Plaintiff,                      No. CIV S-04-1103 DFL KJM PS

12      vs.

13  PLACER COUNTY, et al.,

14          Defendants.                     <u>ORDER</u>

15  _____/

16          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was
17  referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).
18          On July 25, 2006, the magistrate judge filed findings and recommendations herein
19  which were served on the parties and which contained notice to the parties that any objections to
20  the findings and recommendations were to be filed within ten days.  Plaintiff filed a document in
21  this case on August 4, 2006.
22          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
23  304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire
24  file, the court finds the findings and recommendations to be supported by the record and by
25  proper analysis.
26  /////

                                        1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed July 25, 2006, are adopted in full; and

3   2. This action is dismissed with prejudice.

4   DATED: 11/29/2006

_____
DAVID F. LEVI
United States District Judge